UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINE LINDSEY,　　　　　　　　　　Case No. 21-10590

　　　Plaintiff,　　　　　　　　　　　　　　Stephanie Dawkins Davis
v.　　　　　　　　　　　　　　　　　　United States District Judge

COMMISSIONER OF SOCIAL
SECURITY,

　　　Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S APRIL 11, 2022
REPORT AND RECOMMENDATION (ECF No. 16)**

　　　Currently before the Court is Magistrate Judge Jonathan J.C. Grey's April 11, 2022 Report and Recommendation. (ECF No. 16). Judge Grey recommends granting the Commissioner's motion for summary judgment and denying Plaintiff's motion for summary judgment. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Report and

Recommendation (ECF No. 16), **GRANTS** the Commissioner's motion for summary judgment (ECF No. 13), **DENIES** Plaintiff's motion for summary judgment (ECF No. 11), and **AFFIRMS** the findings of the Commissioner.

    **IT IS SO ORDERED**.

Date: May 3, 2022                                        s/Stephanie Dawkins Davis
                                                          Stephanie Dawkins Davis
                                                          United States District Judge